UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
_____

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:03cr253 (SRU) |
| VS. | |
| SALVATORE J. CARTELLI, JR. | DECEMBER 1, 2004 |

**MOTION FOR PERMISSION TO ENGAGE EXPERT SERVICES**

The Defendant requests permission to engage the services of an Egyptian translator, and that the undersigned be authorized to expend a sum for said purpose not to exceed $1,500.00.

THE DEFENDANT

BY_____
JONATHAN J. EINHORN, ESQ.
412 ORANGE STREET
NEW HAVEN, CT  06511
TEL NO. (203) 777-3777
FED. BAR NO.  00163

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid this 1st day of December, 2004 to:

Calvin Kurimai, Esq., Assistant U.S. Attorney,157 Church Street, New Haven, CT 06510.

_____
JONATHAN J. EINHORN