United States District Court
District of Connecticut
FILED AT BRIDGEPORT
December 15, 2004
Kevin F. Rowe, Clerk
By: Celia Mentz
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA    :
                            :
v.                          :    NO. 3: 03 CR 253 (SRU)
                            :
SALVATORE J. CARTELLI, JR.  :

## VERDICT FORM

We, the jury, unanimously find:

Concerning the charge of violation of Title 18, United States Code Section 1029(a)(5),

Salvatore J. Cartelli, Jr. is:

    Not Guilty _____    Guilty __✓__

*If you found the defendant Not Guilty, your deliberations are now completed; please sign and date this form. If you found the defendant Guilty, please respond to the following inquiry.*

The amount of money that Salvatore J. Cartelli, Jr. obtained through unauthorized use of one or more access devices was $ 35,000 .

*Your deliberations are now completed. Please sign and date this form.*

12/15/04
Date

[signature]
Foreperson