UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 DEC 15 P 3: 11
US DIST
BRIDGEPORT

| UNITED STATES OF AMERICA | : | DOCKET NO. 3:03CR253(SRU) |
|---|---|---|
| v. | : | |
| SALVATORE J. CARTELLI, JR. | : | DECEMBER 13, 2004 |

### GOVERNMENT'S EXHIBIT LIST

The United States of America, by and through undersigned counsel, respectfully submits the following EXHIBIT LIST:

#### 1. CARD SERVICE

12-14-04 Full  1A ✓  Application      Edward Giaretti
         Full  1B ✓  Merchant Deposit Information      ..
         Full  1C ✓  Transaction Report for 2000      ..
         Full  1D ✓  Transaction Report for 2001-2002      ..
         Full  1E ✓  Receipt for $6,000 Transaction      ..
         Full  1F ✓  November 2000 Monthly Statement      ..
         Full  1G ✓  December 2000 Monthly Statement      ..
         Full  1H ✓  January 2001 Monthly Statement      ..
         Full  1I ✓  February 2001 Monthly Statement      ..
         Full  1J ✓  2/4/99 Letter from LaTouche to Card Service International  ..
         Full  1K ✓  2/4/99 Letter from Cartelli to Card Service International  ..
         Full  1L ✓  2/2/99 Checks regarding Change of Account  ..
         Full  1M ✓  2/10/99 Letter from Card Service International to GTS   ''

#### 2. CHASE

12-14-04 Full  2A ✓  1/24/01 Account Opening and Subsequent History Printout    Lavergne
12-14-04 Full  2B ✓  1/29/01 Cancelled $2,000 Courtesy Check to Cartelli & Cartelli   Giaretti, Lavergne
12-14-04 Full  2C ✓  Chase 3/23/01 Internal Monthly Statement     Giaretti, Lavergne
12-14-04 Full  2D ✓  Ashiry Fraud Affidavit     Lavergne

#### 3. MBNA

12-14-04 Full  3A ✓  MBNA Internal Account Summary     Boone
12-14-04 Full  3B ✓  12/26/00 Monthly Statement     Boone
12-14-04 Full  3C ✓  12/18/00 $10,000 Check Payable to Cartelli & Cartelli (Fleet Bank Copy)   Boone

Full 12.14.04 3D   1/26/00 Monthly Statement   Boone
Full 12.14.04 3E   1/2/01 $1,500 Check Payable to Cartelli & Cartelli (MBNA Copy)  Boone
Full 12.14.04 3F   2/24/01 Monthly Statement   Boone

### 4. DISCOVER

Full 12.14.04 4A   2/18/01 Internal Computer Statement   Thomlinson
"           "    4B   2/18/01 Monthly Statement   "
"           "    4C   1/30/01 $4,000 Check Payable to Cartelli & Cartelli   "
"           "    4D   Address Changes   "

### 5. AT & T

Full 12.14.04 5A   10/17/01 Monthly Statement   Fuccillo
Full 12.14.04 5B   11/16/01 Monthly Statement   Gianetti - Fuccillo
Full 12.14.04 5C   12/18/01 Monthly Statement   Fuccillo
Full 12.14.04 5D   1/18/01 Monthly Statement   Fuccillo

### 6. AMERICAN EXPRESS

Full 12.14.04 6A   12/6/00 Monthly Statement   Gibbs
Full 12.14.04 6B   1/5/01 Monthly Statement   Gibbs
Full 12.14.04 6C   2/6/01 Monthly Statement   "
Full 12.14.04 6D   3/6/01 Monthly Statement   "
Full 12.14.04 6E   Amex Internal Account Information   "
Full 12.14.04 6F   12/05/00 $2,000 Check Payable to Cartelli & Cartelli   "
Full 12.14.04 6G   12/12/00 $1,000 Check Payable to Cartelli & Cartelli   "
Full 12.14.04 6H   VRU Form   "
Full 12.14.04 6I   Plastic Mailed Form 1   "
Full 12.14.04 6J   Plastic Mailed Form 2   "

Full 12.14.04   **7. POST OFFICE BOX APPLICATION**   Jay Johnson

### 8. FLEET BANK MONTHLY STATEMENTS

8A   November 2000 Cartelli and Cartelli Fleet Bank Statement
8B   December 2000 Cartelli and Cartelli Fleet Bank Statement
8C   January 2001 Cartelli and Cartelli Fleet Bank Statement
8D   February 2001 Cartelli and Cartelli Fleet Bank Statement

### 9. WEBSITE PAGES

9A   USA Foreign Auto Sales Domain Owner
9B   USA Foreign Auto Sales Website

**10. ASHIRY PASSPORT PAGES** + AIRLINE Ticket
10A   Passport Pages
Full 12.14.04 10B   Airline Ticket

## 11. SUMMARY OF TRANSACTIONS

11A. ✓ Credit Card Account Number Transactions
11B. ✓ Payments to Credit Card Accounts.

*Handwritten annotations in left margin:* Full 12.15.04 / 12.15.04 Full