# WITNESS LIST for CARTELLI, 3:03CR253(SRU)

FILED
2004 DEC 15 P 3: 11
US DISTRICT COURT
BRIDGEPORT CT

*12-14-04* 1. Joy S. Johnson
   480 Route 32, Apartment 3
   Uncasville, CT 06382

2. **Card Service International**

*12-14-04*    Ed Gianetti
   First Data Corporation
   279 East Central Street #139
   Franklin, MA 02038

3. **Chase**

*12-14-04*    Martin Lavergne, Jr.
   Chase Manhattan Bank
   100 Duffy Avenue
   Building H1/Second Floor
   Hicksville, NY 11802

4. **MBNA**

*12-14-04*    Cindi Boone
   MBNA America
   1100 North King Street
   Wilmington, DE  19884-1131

5. **Discover**

*12-14-04*    ~~Bob Farrell or~~ Ken Thomlinson
   6500 New Albany Road
   New Albany, Ohio  43054

6. **AT & T Universal Card**

*12-14-04*    John Fuccillo
   Citibank Fraud Investigator
   49 Independence Way
   Norwood, MA 02062

7. **American Express**

12.14.04   ~~Sam Hill~~ Bobby Gibbs
American Express Company
Global Security Department
200 Vesey Street
New York City, NY 10285
Mail Code: NY-0102-01

8. **SBC**

SBC Representative
SBC Subpoena Compliance
1 SBC Plaza
208 South Ackard
Dallas, Texas 75202

12-15-04   9.   Special Agent Russell Brown
FBI

12-14-04  10.  Hussein Ashiry
17 Dayton Street
Westerly, RI 02891