AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _____

**EXHIBIT LIST**

USA
v.
Salvatore Cartelli, Jr.

CASE NUMBER: 3:03CR 253 (SRU)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Stefan Underhill | Calvin Kurimai | Jon Einhorn |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12-14-04 | Sue Catucci | Alice Montz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Court Ex 1 | | 12-15-04 | | | Verdict Form |
| 2 | | " | | | Jury Instructions |
| 3 | | " | | | Note from Jury |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages