# United States District Court

DISTRICT OF _____

USA
v.
Salvatore Cartelli

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:03cr253(SRU)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Stefan Underhill | Calvin Kurimai | Jonathan Einhorn |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12.14.04 | Sue Catucci | Alice Montz |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 12.14.04 |  |  | Jay Johnson, Uncasville, CT., Sworn + Test |
| 1 |  | " |  | ✓ | Post Office Box Application |
|  |  | " |  |  | Edward Gianetti, Franklin, MA., Sworn + Test |
| 1A |  | " |  | ✓ | Application |
| 1B |  | " |  | ✓ | Merchant Deposit Information |
| 1C |  | " |  | ✓ | Transaction Report for 2000 |
| 1D |  | " |  | ✓ | Transaction Report for 2001-2002 |
| 1E |  | " |  | ✓ | Receipt for $6,000 Transaction |
| 1F |  | " |  | ✓ | Nov. 2000 Monthly Statement |
| 1G |  | " |  | ✓ | Dec. 2000 Monthly Statement |
| 1H |  | " |  | ✓ | Jan 2001 Monthly Statement |
| 1.I |  | " |  | ✓ | Feb 2001 Monthly Statement |
| 1J |  | " |  | ✓ | 2/4/99 Ltr from Latouche to Card Service Intern. |
| 1K |  | " |  | ✓ | 2/4/99 Ltr from Cartelli to Card Service Intern. |
| 1L |  | " |  | ✓ | 2/2/99 Checks Re: Change of Account |
| 5B |  | " |  | ✓ | 11/16/01 Monthly Statement |
| 2C |  | " |  | ✓ | Chase 3/23/01 Internal Monthly Statement |
| 1M |  | " |  | ✓ | 2/10/99 Ltr from Card Svc. |
|  |  | " |  |  | Martin Lavergne, Hicksville, N.Y. |
| 2-A |  | " |  | ✓ | 1/24/01 Acct Opening + Subsequent History Printout |
| 2-B |  | " |  | ✓ | 1/29/01 Cancelled $2,000 Courtesy Check to Cartelli + Cartelli |
| 2-D |  | " |  | ✓ | Ashiry Fraud Affidavit |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages

USA vs. Salvatore Cartelli   CASE NO. 3:03cr253(SRU)

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 12.14.04 | | | Stipulation read into Record by USA - re Telephone Numbers |
| | | " | | | Cindi Boone, Wilmington, Del., sworn + test |
| 3A | | " | | ✓ | MBNA Internal Account Summary |
| 3B | | " | | ✓ | 12/26/00 Monthly Statement |
| 3C | | " | | ✓ | 12/18/00 $10,000 ck payable to Cartelli + Cartelli |
| 3D | | " | | ✓ | 1/26/00 Monthly Statement |
| 3E | | " | | ✓ | 1/2/01 $1,500 ck payable to Cartelli + Cartelli |
| 3F | | " | | ✓ | 2/24/01 Monthly Statement |
| | | " | | | Ken Thomlinson, ~~New Albany~~ N.Y. |
| 4-A | | " | | ✓ | 2/18/01 Internal Computer Statement |
| 4-B | | " | | ✓ | 2/18/01 Monthly Statement |
| 4-C | | " | | ✓ | 1/30/01 $4,000 Check payable to Cartelli + Cartelli |
| 4-D | | " | | ✓ | Address Changes |
| | | | | | John Fuccillo, Norwood, MA, sworn + test |
| 5A | | " | | ✓ | 10/17/01 Monthly Statement |
| 5C | | " | | ✓ | 12/18/01 ~~11/18/01~~ Monthly Statement |
| 5D | | " | | ✓ | 1/18/01 Monthly Statement |
| | | " | | | Robert Gibbs, Poukepsie, N.Y. |
| 6A | | " | | ✓ | 12/6/00 Monthly Statement |
| 6B | | " | | ✓ | 1/5/01 Monthly Statement |
| 6C | | " | | ✓ | 2/6/01 Monthly Statement |
| 6D | | " | | ✓ | 3/6/01 Monthly Statement |
| 6E | | " | | ✓ | Amex Internal Account Info |
| 6F | | " | | ✓ | 12/5/00 $2,000 ck payable to Cartelli + Cartelli |
| 6G | | " | | ✓ | 12/12/00 $1,000 ck payable to Cartelli + Cartelli |
| 6H | | " | | ✓ | VRU Form |
| 6I | | " | | ✓ | Plastic Mailed Form 1 |

Page 2 of ___ Pages

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | CASE NO. 3:03cr253(SRU) |
|---|---|---|---|---|---|---|
| 6J | | 12.14.04 | | ✓ | Gibbs / Plastic Mailed form 2 | 2004 DEC 15 P 3:12 |
| | | " | | | Hussein Ashiry, Westerly, R.I., sworn + test | |
| 10-B | | " | | ✓ | Airline ticket | |
| | | 12.15.04 | | | | |
| | E | " | | ✓ | Letter 8-23-00 Hussein/Nemr - re: Cattle | |
| | D | " | | ✓ | + 12 pgs. Letter 1-2-01 Foreign Domestic Trade/Hussein | |
| | C | " | | ✓ | 2 page Foreign Domestic Trade/Hussein 3-8-01 | |
| | B | " | | ✓ | Copy of Business Card | |
| | | " | | | Deft's witness Maureen Panucci, Groton, CT, sworn + test | |
| | | " | | | Russ Braun, New Haven, CT, sworn + test | |
| 11A | | " | | ✓ | Credit Card Account Number Transactions | |
| 11B | | " | | ✓ | Payments to Credit Card Accounts | |

Page ____ of ____ Pages