**UNITED STATES DISTRICT COURT**

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

December 17, 2004

Calvin Kurimai, AUSA
157 Church Street
P.O. Box 1824
New Haven, CT 06508

      Re: Case Name: USA v Salvatore Cartelli, Jr.
           Number: 3:03cr253 (SRU)

Dear Attorney:

Enclosed is/are the following exhibit(s):

    Government Exs 1A-1-M, 2A-2D, 3A-3F, 4A-4D, 5A-5D, 6A-6J, 7, 8A-8D, 9A-9B, 10A-10B, 11A-11B

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

                        Sincerely,

                        Kevin F. Rowe, Clerk

                  BY   /s/ Alice Montz
                        Alice Montz
                        Deputy Clerk

ACKNOWLEDGMENT: _____    DATE: _____