UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---

UNITED STATES OF AMERICA     3:03cr253 (SRU)

VS.

SALVATORE J. CARTELLI, JR.     DECEMBER 16, 2004

## MOTION FOR PERMISSION TO FILE INTERIM VOUCHERS

The undersigned requests permission to file interim vouchers for billing purposes in this matter, for the reason that it promises to be a lengthy matter. It would be a hardship to counsel to wait until sentencing is completed to file a single voucher.

THE DEFENDANT, SALVATORE J.
    CARTELLI, JR.

BY_____
JONATHAN J. EINHORN
412 Orange Street
New Haven, CT   06511
(203) 777-3777
CT 00163

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid this 16th day of December, 2004 to the following:

Calvin Kurimai, Esq., Assistant U.S. Attorney, 157 Church Street, New Haven, CT 06510 and William Paetzold, Esq., 140 Hebron Avenue, Suite 102 Glastonbury, CT  06033.

_____
JONATHAN J. EINHORN