UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
_____

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:03cr253 (SRU) |
| VS. | |
| SALVATORE J. CARTELLI, JR. | DECEMBER 22, 2004 |

**MOTION TO APPROVE SERVICE OF SUBPOENAS *NUNC PRO TUNC***

The undersigned represents as follows:

1. That during the course of this trial, it became necessary to issue subpoenas for witnesses.

2. That although Rule 17(c) of the Local Rules of Criminal Procedure requires service by the U.S. Marshal, in fact, there was not adequate time to arrange for such service, and in order to procure the presence of witnesses or proposed witnesses it was necessary to have independent persons or state marshals serve the subpoenas .

3. Rule 17(c) of the Local Rules of Criminal Procedure, allows the Court to order service of subpoenas by parties other than the U.S. Marshal.

Wherefore, the undersigned requests that this Court allow him to serve subpoenas on private parties *nunc pro tunc* for this trial by the use of indifferent persons or Connecticut state marshals.

                                            THE DEFENDANT, SALVATORE J.
                                            CARTELLI, JR.

                                            BY_____
                                            JONATHAN J. EINHORN, ESQ.
                                            412 Orange Street
                                            New Haven, CT   06511
                                            (203) 777-3777
                                            CT 00163

## **CERTIFICATION**

     This is to certify that a copy of the foregoing was mailed, postage prepaid this 22ND day of December, 2004 to the following:

Calvin Kurimai, Esq., Assistant U.S. Attorney,157 Church Street, New Haven, CT 06510 and William Paetzold, Esq., 140 Hebron Avenue, Suite 102 Glastonbury, CT  06033.

_____
JONATHAN J. EINHORN