**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

FILED
2005 FEB -2 A 9:48
U.S. DISTRICT COURT
BRIDGEPORT, CONN

December 17, 2004

Calvin Kurimai, AUSA
157 Church Street
P.O. Box 1824
New Haven, CT 06508

  Re: Case Name: USA v Salvatore Cartelli, Jr.
    Number: 3:03cr253 (SRU)

Dear Attorney:

Enclosed is/are the following exhibit(s):

  Government Exs 1A-1-M, 2A-2D, 3A-3F, 4A-4D, 5A-5D, 6A-6J, 7, 8A-8D, 9A-9B, 10A-10B, 11A-11B

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

        Sincerely,

        Kevin F. Rowe, Clerk

      BY _____Alice Montz_____
        Alice Montz
        Deputy Clerk

ACKNOWLEDGMENT: _____ DATE: 1/26/05