UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket Nos. 3:03CR182(SRU) |
| | : | 3:03CR253(SRU) |
| v. | : | |
| | : | |
| SALVATORE J. CARTELLI, JR. | : | March 1, 2005 |

**MOTION TO PERMIT APPEARANCE OF LAW STUDENT INTERN**

Pursuant to Local Civil Rule 83.9, the United States of America, by and through the undersigned Assistant United States Attorney, respectfully moves to permit the appearance of a law student intern, Elizabeth G. Wright, for the purpose of assisting in the representation of the Government during the course of proceedings on March 4, 2005, relating to the sentencing in the captioned cases. Ms. Wright is currently a law student at Yale Law School, an ABA-approved institution, and is part of the U.S. Attorney's law student internship program. Ms. Wright has completed five semesters of law school.

WHEREFORE, the Government moves to permit the appearance of a law student intern, Elizabeth G. Wright, to represent the Government as described above.

                                        KEVIN J. O'CONNOR
                                        UNITED STATES ATTORNEY

                                        JAMES K. FILAN
                                        ASSISTANT U.S. ATTORNEY
                                        Fed Bar No. 15565
                                        915 Lafalette Boulevard
                                        Bridgeport, CT 06604
                                        (203)696-3000

```
                              For:  CALVIN B. KURIMAI
                                    ASSISTANT U.S. ATTORNEY
                                    Fed. Bar No. 07223
                                    157 Church Street
                                    New Haven, CT 06510
                                    (203) 696-3000
```

CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Permit Appearance of Law Student Intern has been mailed to:

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT 06511

on this 1st day of March, 2005.

```
                                    _____
                                    James K. FILAN
                                    ASSISTANT UNITED STATES ATTORNEY

                              For:  CALVIN B. KURIMAI
                                    ASSISTANT UNITED STATES ATTORNEY
```