

U.S. Department of Justice

**FILED**

*United States Attorney*
*District of Connecticut*

2005 MAR -1  P 3: 12

U.S. DISTRICT COURT
BRIDGEPORT, CONN

*Connecticut Financial Center*　　　　　　　(203) 821-3700
*157 Church Street*　　　　　　　　　　　　Fax (203) 773-5376
*New Haven, CT  06510*　　　　　　　　　www.usdoj.gov/usao/ct

March 1, 2005

Honorable Stefan R. Underhill
United States District Judge
United States District Court
915 Lafayette Boulevard
Bridgeport, CT  06604

    Re:   **United States v. Salvatore J. Cartelli, Jr.**
            **Docket Nos.  3:03CR182(SRU) and 3:03CR253(SRU)**

Dear Judge Underhill:

    I write pursuant to Local Rule 83.9, to request that Elizabeth G. Wright, a law student intern in my office, be permitted to appear on behalf of the United States in connection with the sentencing in the above-referenced cases, which is scheduled to occur on March 4, 2005.

    In support of this application I state as follows:

1. I am a member of the bar of this Court in good standing.

2. I will assume personal professional responsibility for Ms. Wright's work in connection with this proceeding.

3. I will assist Ms. Wright to the extent necessary.

4. I will appear with Ms. Wright at the proceeding.

5. I am indicating in writing my consent to supervise Ms. Wright pursuant to Local Rule 83.9.

With respect to Ms. Wright's qualifications I state:

1. Ms. Wright is enrolled in good standing at Yale Law School, a law school approved by the American Bar Association, and expects to receive his Juris Doctor Degree in 2005.

2. Ms. Wright has completed five semesters of legal study.

3. Ms. Wright will be introduced to the Court by the undersigned counsel.

4. Ms. Wright has been working as a law student intern for the United States Attorney's Office and is not employed or compensated by a client.

Accordingly, I seek the Court's permission to allow Ms. Wright to appear on behalf of the United States in connection with the above-referenced case.

        Very truly yours,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY

        JAMES K. FILAN
        ASSISTANT UNITED STATES ATTORNEY

    For:    CALVIN B. KURIMAI
            ASSISTANT UNITED STATES ATTORNEY

cc: Jonathan J. Einhorn, Esq.