MEMORANDUM

TO: U.S. Probation Office

FROM: Alice Montz

DATE: March 21, 2005

RE: 3:03cr182 (SRU)
3:03cr253 (SRU)

Presentence Report returned to U.S. Probation Office as to Salvatore Cartelli

*************************************************************

Ten days have passed since the defendant was sentenced. An appeal has been filed in this case. We are returning the original Presentence Report to you.

Please acknowledge receipt on the attached copy of this memorandum and return it to the Clerk's Office.

Enclosure:     ORIGINAL PRESENTENCE REPORT

Received by: _____

Date:              3/22/05

FILED 2005 MAR 28 P 4:01    U.S. DISTRICT COURT BRIDGEPORT, CONN

RECEIVED MAR 22   2 05 PM '05
U.S. PROBATION
BRIDGEPORT