UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
_____

UNITED STATES OF AMERICA                3:03cr253 (SRU)
                                        3:03cr182 (SRU)
VS.

SALVATORE J. CARTELLI, JR.              JUNE 9, 2005

## MOTION TO EXTEND SURRENDER DATE

The Defendant, Salvatore Cartelli, moves that his surrender date is June 15, 2005, be extended for an additional two (2) months, due to a sudden stroke suffered by his father.  The Defendant is necessary for the care of his father caused by this emergency.  In support thereof I am attaching several medical reports.

Assistant United States Attorney Calvin Kuriami objects to the filing of this motion.

                          THE DEFENDANT, SALVATORE J.
                          CARTELLI, JR.

                          BY_____
                          JONATHAN J. EINHORN
                          412 Orange Street
                          New Haven, CT   06511
                          (203) 777-3777/ FED BAR NO ct 00163

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid this 9th day of June, 2005 to the following:

Calvin Kurimai, Esq., Assistant U.S. Attorney,157 Church Street, New Haven, CT 06510.

                          _____
                          JONATHAN J. EINHORN