*MANDATE*

Conn/NHCT
03-CR-253
Underhill

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
### 40 FOLEY SQUARE
### NEW YORK  10007

**Roseann B. MacKechnie**
**CLERK**

Date:              10/27/06

Docket Number:    05-1459-cr
Short Title:       USA v. Cartelli
DC Docket Number: 03-cr-253
DC:               CONNECTICUT (NEW HAVEN)
DC Judge:          Honorable Stefan Underhil

    At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 27 day of October, two thousand six.

United States of America,

    Appellee   ,

       v.

Salvatore J. Cartelli Jr.,

    Defendant-Appellant.

UNITED STATES COURT OF APPEALS
FILED
OCT 27 2006
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

    A scheduling order in accordance with the *Revised Second Circuit Plan to Expedite the Processing of Criminal Appeals* having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

    Upon consideration of the appeal defendant-appellant, **Salvatore J. Cartelli Jr.**, it is **ORDERED** that the appeal be, and it hereby is **DISMISSED**.   Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

    This order may not be used as the basis for terminating the defendant-appellant's release pending appeal until 30 days have elapsed from the date of the order.

For the Court,
Roseann B. MacKechnie, Clerk

By: Ralph Obas
Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK

by
DEPUTY CLERK

Certified:        10-27-06